UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------x
Jason Sugranes
    Plaintiff

v.

Call-A-Head Portable Toilets,
        Defendant
---------------------------------------x

STIPULATION
OF SETTLEMENT
10 CV 890

It is hereby stipulated by and between Counsel that this action is settled.

Therefore, it is ordered by the Court that this action is discontinued without costs and without prejudice to the right to reopen the action if settlement is not consummated.

DATED: 9/23/10

_____
Counsel for Plaintiff

_____
Counsel for Defendant
By: John A. Snyder

SO ORDERED:
_____
U.S. DISTRICT JUDGE